# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### JUDGMENT RENDERED OCTOBER 18, 2024

---

### NO. 03-24-00470-CR

---

**Ex parte Omega Pearl Grainger**

---

**APPEAL FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.